**No. 10-281. Jerome K. Lanning, et al., Petitioners v. Patrick Pilcher, et al.**

562 U.S. 1062, 131 S. Ct. 646, 178 L. Ed. 2d 479, 2010 U.S. LEXIS 9404.

November 29, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 16 So. 3d 294.